IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

JAMES CROSSNO
ADC # 89129                                                                                           PLAINTIFF

v.                          CASE NO. 1:11CV00120 BSM/HDY

BILLY COWELL et al.                                                                             DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and filed objections have been reviewed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that plaintiff's motion for injunctive relief [Doc. No. 5] is DENIED.

DATED this 17th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE