**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

JAMES CROSSNO                                                                                          PLAINTIFF
ADC #089129

V.                                        NO: 1:11CV00120 BSM/HDY

BILLY COWELL *et al.*                                                                                DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Corizon, Inc., and Jennifer Horn, as set forth in their motion to dismiss (docket entry #31).

IT IS SO ORDERED this   17   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE