**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

JAMES CROSSNO PLAINTIFF
ADC #089129

V. NO: 1:11CV00120 HDY

BILLY COWELL *et al.* DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against Defendants Ray Hobbs, Wendy Kelley, Joe Page, and Jennifer Horn, and with prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  5   day of December 2012.

 _____
 UNITED STATES MAGISTRATE JUDGE